# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KERRY MORGAN, | Case No. 3:19-cv-104 |
| Plaintiff, | Magistrate Judge Sharon L. Ovington (by full consent of the parties) |
| vs. | |
| FORESTVIEW OPCO, LLC, *et al.*, | |
| Defendants. | |

# FINAL ORDER AND JUDGMENT

This matter comes before the Court upon the Parties' proposed settlement agreement. (Doc. #16). Upon receiving notification of an agreement, this Court held a hearing at which the Parties indicated that they reached a settlement agreement and are satisfied with the agreement. No one appeared in court to contest the terms of the settlement.

Accordingly, this Court hereby ADOPTS the Parties' proposed settlement agreement (Doc. #16) and DISMISSES this action with prejudice, provided that any of the parties may, upon good cause shown within sixty days, reopen the action if settlement is not consummated. The Court will retain jurisdiction to enforce the terms of the settlement between the parties.

IT IS SO ORDERED.

December 3, 2019

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge